PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Edward A. Brill (EB-7218)
1585 Broadway
New York, New York 10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------  X

CHARLENE MORISSEAU,

                         Plaintiff,

      - against -

DLA PIPER f/k/a DLA PIPER RUDNICK GRAY CARY U.S. LLP
f/k/a PIPER RUDNICK LLP, ROBERT FINK, ESQ., JOSEPH
FINNERTY III, ESQ., JOSEPH FINNERTY JR., ESQ., LEROY
INSKEEP, ESQ., DENISE KABACK, AARON KATZ, ESQ.,
HEIDI LEVINE, ESQ., MARILLA OCHIS, ESQ., PETER
PANTALEO, ESQ., DOUGLAS RAPPAPORT, ESQ. and AMY
SCHULMAN, ESQ.,

                        Defendants.

--------------------------------------------------------------------------------  X

06 Civ. 13255 (LAK)

**ECF Case**

**NOTICE OF MOTION
TO COMPEL
PRODUCTION AND
FOR SANCTIONS**

PLEASE TAKE NOTICE that, upon the annexed motion papers, Defendants will move

this Court, before the Honorable Lawrence A. Kaplan, at the United States Court House, 500

Pearl Street, New York, NY 10007, at a date and a time to be set by the Court, for an Order

pursuant to Rule 37 of the Federal Rules of Civil Procedure (a) requiring plaintiff to cure the

deficiencies in her responses to defendants' Interrogatories; (b) requiring plaintiff to produce

documents responsive to defendants' document requests; (c) sanctioning plaintiff for her failure

to supplement her Rule 26(a)(1) disclosures in violation of this Court's March 12, 2007 Order;

(d) sanctioning plaintiff for her failure to respond to the Interrogatories posed by defendant

Denise Kaback in violation of this Court's March 12, 2007 Order; (e) precluding plaintiff from

taking the depositions of defendants Amy Schulman, Esq., Joseph Finnerty, Jr., Esq., and Leroy Inskeep, Esq., which she unilaterally cancelled on short notice, or, in the alternative, requiring plaintiff to pay for the costs incurred by defendants Finnerty and Inskeep in traveling to New York for their depositions and for the attorneys' fees incurred in preparing the three witnesses for their depositions; (f) precluding plaintiff from seeking economic damages against defendants as a result of her failure to comply with this Court's March 29, 2007 Order; and (g) further sanctioning plaintiff as the Court deems appropriate for plaintiff's continuing failure to produce all documents pursuant to the March 29, 2007 Order.

Dated: New York, New York
   May 3, 2007           PROSKAUER ROSE, LLP

                 By: /s/ Edward A. Brill
                    Bettina B. Plevan (BP-7460)
                    Edward A. Brill (EB-7218)
                    1585 Broadway
                    New York, New York 10036
                    (212) 969-3000

                    *Attorneys for Defendants*

TO:   BALLON STOLL BADER & NADLER, PC
    Marshall B. Bellovin, Esq.
    Will Levins, Esq.
    1450 Broadway
    New York, New York 10018

    *Attorneys for Plaintiff*